2025 APR 13 PM 3:09

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TERENCE NASHAWN GLENN,

Plaintiff,

v.

CITIBANK, N.A., TRANSUNION, LLC, BARCLAYS BANK DELAWARE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

Case No. 1:26-cv-11648

PLAINTIFF'S NOTICE OF ERRATA REGARDING VERIFIED FIRST AMENDED COMPLAINT

Plaintiff Terence Nashawn Glenn, proceeding pro se, respectfully submits this Notice of Errata to correct typographical and clerical errors in the Verified First Amended Complaint originally filed on April 8, 2026.

1.    On Page 1, the document heading reads: "VERIFIED FIRST AMENDMENT COMPLAINT." This is a typographical error. The title is hereby corrected to read: "VERIFIED FIRST AMENDED COMPLAINT."

2.  On Page 5, under Section IV (CAUSES OF ACTION), the heading for Count IV currently reads: "COUNT IV: ADA TITLE III RETALIATION (42 U.S.C. § 12203)."

3.  The statutory citation (42 U.S.C. § 12203) is mathematically and legally correct; however, the Roman numeral designation in the title is a clerical error. The heading is hereby corrected to read: "COUNT IV: ADA TITLE V RETALIATION (42 U.S.C. § 12203)."

Plaintiff respectfully requests the Court note these corrections for the official record to ensure accurate judicial screening and review.

Respectfully submitted,

Date: April 13, 2026

Terence Nashawn Glenn, Pro Se

650 Ocean Ave apt #709

Revere, MA 02151

1-617-634-4234

Glenn.terence61@gmail.com